170 A.3d 296

**HSN, LLC and Ravanbakhsh**

v.

**KALANTAR**

**Pet. Docket No. 209, Sept.Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (No. 381, Sept.Term, 2016).

Petition for writ of certiorari denied

170 A.3d 296

**IN RE: M.S., A.S., and M.S.**

**Pet. Docket No. 260, Sept. Term, 2017**

Court of Appeals of Maryland.

September 22, 2017

Opinion of the Court of Special Appeals unreported (Nos. 1853 & 2298, Sept.Term, 2016 & No. 615, Sept.Term, 2017).

Petition for writ of certiorari denied